UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Montriville Graham

    v.                              Case No. 07-fp-008

Northern New Hampshire
Correctional Facility, Warden

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted.

This case has been assigned number 07-cv-08-PB.

**SO ORDERED.**

_____
United States District Judge

Date: 1-24-07

cc: Montriville Graham